# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolson, Joshua D. | Eastern District of Pennsylvania | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge -- Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

Room 3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Member, Board of Directors | Historic Philadelphia, Inc. |
| 3. | Member, Board of Directors | Breakthrough Bike Challenge, Inc. |
| 4. | Trustee | Irrevocable Trust (no reportable assets) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 2019 | Dilworth Paxson LLP legal practice | $97,887.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Navient, Inc. | Student loans | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | E*Trade Bank cash account. | A | Interest | J | T | | | | | |
| 2. | Custodian Account (H) | | | | | | | | | |
| 3. | - Walt Disney Co | A | Dividend | J | T | | | | | |
| 4. | - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 5. | Ameriprise Insured Money Market | A | Interest | L | T | Buy | 11/13/19 | L | | |
| 6. | IRA # 1 (H) | | | | | | | | | |
| 7. | - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 8. | - Franklin Income Advisor Class | D | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 9. | - Franklin Utilities Advisor Class | C | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 10. | - Franklin Intl Small Cap Advisor Class | B | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 11. | - Franklin Growth Opportunities Advisor Class | D | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 12. | - Franklin Small/Mid-Cap Growth Advisor Class | A | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 13. | - Templeton Developing Markets Advisor Class | A | Dividend | L | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 14. | - Templeton World Advisor Class | D | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 15. | - Templeton Growth Advisor Class | C | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | K | | |
| 16. | IRA # 2 (H) | | | | | | | | | |
| 17. | - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Franklin Small Cap Value Class A | A | Dividend | J | T | | | | | |
| 19. - Franklin Small Cap Value Advisor Class | C | Dividend | K | T | | | | | |
| 20. - Franklin Small/Mid-Cap Growth Advisory Class | | None | K | T | Buy | 09/26/19 | K | | |
| 21. IRA # 3 (H) | | | | | | | | | |
| 22. - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 23. - Franklin Income Advisor Class | A | Dividend | J | T | | | | | |
| 24. - Franklin Utilities Advisor Class | A | Dividend | J | T | | | | | |
| 25. - Franklin Managed Income Advisor Class | A | Dividend | J | T | | | | | |
| 26. - Franklin Growth Opportunities Advisor Class | | None | J | T | Buy | 09/26/19 | J | | |
| 27. Virginia 529 Plan Aggresive Growth Portfoliofor for Daughter | | None | M | T | Buy (add'l) | 12/27/19 | J | | |
| 28. Virginia 529 Plan Aggressive Growth Portfolio for Son | | None | M | T | Buy (add'l) | 12/27/19 | J | | |
| 29. 401(k) (H) | | | | | | | | | |
| 30. - DFA Emerging Markets I | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 31. - | | | | | Sold | 09/09/19 | J | A | |
| 32. - DFA US Large Cap Value I | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 33. - | | | | | Sold | 09/09/19 | K | C | |
| 34. - Carillon Eagle Mid Cap Growth R6 | | None | | | Sold | 06/27/19 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - T. Rowe Price New Horizons I | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 36.   - | | | | | Sold | 09/09/19 | M | E | |
| 37.   - | | | | | Buy<br>(add'l) | 06/27/19 | L | | |
| 38.   - T. Rowe Price Growth Stock I | | None | | | Sold | 09/09/19 | L | D | |
| 39.   - American Funds Europacific Growth R6 | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 40.   - | | | | | Sold | 09/09/19 | J | A | |
| 41.   - Vanguard Mid-Cap Value Index | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 42.   - | | | | | Sold | 09/09/19 | J | A | |
| 43.   - Vanguard Small Cap Value Index | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 44.   - | | | | | Sold | 09/09/19 | K | C | |
| 45.   - Vanguard Developed Markets Index | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 46.   - | | | | | Sold | 09/09/19 | K | B | |
| 47.   - Vanguard Total Stock Market Index | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 48.   - | | | | | Sold | 09/09/19 | J | B | |
| 49.   Brokerage Acct # 1 (H) | | | | | | | | | |
| 50.   - AB Discovery Value Fund | A | Int./Div. | K | T | Sold<br>(part) | 04/01/19 | J | A | |
| 51.   - AB Discovery Growth Fund | | None | K | T | Sold<br>(part) | 04/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - AB Small Cap Core Portfolio | A | Int./Div. | K | T | | | | | |
| 53.   - Adobe Inc. common stock | | None | J | T | Sold (part) | 05/14/19 | J | A | |
| 54.   - | | | | | Sold (part) | 05/14/19 | J | A | |
| 55.   - | | | | | Sold (part) | 04/02/19 | J | A | |
| 56.   - Alphabet Class C capital stock | | None | J | T | Sold (part) | 04/01/19 | J | A | |
| 57.   - | | | | | Buy (add'l) | 01/04/19 | J | | |
| 58.   - American Electric Power Co. common stock | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 59.   - Anthem common stock | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 60.   - Apple common stock | A | Dividend | K | T | Sold (part) | 04/01/19 | J | A | |
| 61.   - Automatic Data Processing common stock | A | Dividend | J | T | Buy (add'l) | 02/25/19 | J | | |
| 62.   - | | | | | Buy (add'l) | 01/24/19 | J | | |
| 63.   - Autozone | | None | J | T | Sold (part) | 05/14/19 | J | A | |
| 64.   - Biogen | | None | J | T | | | | | |
| 65.   - Boeing | A | Dividend | J | T | Sold (part) | 05/14/19 | J | A | |
| 66.   - Broadcom | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 67.   - CBRE Group | | None | J | T | Sold (part) | 04/01/19 | J | A | |
| 68.   - CDW Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Cisco Systems | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | A | |
| 70. Costco Wholesale Systems | A | Dividend | J | T | Sold<br>(part) | 05/15/19 | J | A | |
| 71. - Delta Airlines common stock | A | Dividend | J | T | Buy<br>(add'l) | 03/14/19 | J | | |
| 72. - Dollar General common stock | A | Dividend | J | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 73. - | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 74. - | | | | | Buy<br>(add'l) | 01/04/19 | J | | |
| 75. Edwards Lifesciences | | None | J | T | Sold<br>(part) | 05/16/19 | J | | |
| 76. Electronic Arts | | None | J | T | Buy | 05/16/19 | J | | |
| 77. Everest Re Group | A | Dividend | J | T | Sold<br>(part) | 05/15/19 | J | A | |
| 78. - Facebook Class A stock | | None | J | T | Buy<br>(add'l) | 05/17/19 | J | | |
| 79. - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 80. Fidelity National Information | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 81. Fidelity National Financial | A | Dividend | J | T | Sold<br>(part) | 04/22/19 | J | A | |
| 82. Gilead Sciences | A | Dividend | J | T | Sold<br>(part) | 05/14/19 | J | A | |
| 83. - Goldman Sachs Group common stock | A | Dividend | J | T | Sold<br>(part) | 04/11/19 | J | A | |
| 84. - | | | | | Sold<br>(part) | 02/01/19 | J | A | |
| 85. Honeywell International | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - HP common stock | A | Dividend | J | T | Sold (part) | 04/09/19 | J | A | |
| 87. - Intuitive Surgical common stock | | None | J | T | Sold (part) | 04/01/19 | J | A | |
| 88. - Johnson & Johnson common stock | A | Dividend | J | T | Buy (add'l) | 05/20/19 | J | | |
| 89. - | | | | | Sold (part) | 04/01/19 | J | A | |
| 90. Magna Int'l | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 91. McDonald's Corp. | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 92. - Merck & Co common stock | A | Dividend | J | T | Sold (part) | 05/14/19 | J | A | |
| 93. Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 02/25/19 | J | | |
| 94. - Mid America Apartment Communities common stock | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 95. - | | | | | Sold (part) | 02/11/19 | J | A | |
| 96. - Morgan Stanley common stock | A | Dividend | J | T | Sold (part) | 02/04/19 | J | A | |
| 97. - | | | | | Sold (part) | 01/16/19 | J | A | |
| 98. - Nike | A | Dividend | J | T | Sold (part) | 05/14/19 | J | A | |
| 99. NiSource | A | Dividend | J | T | Sold (part) | 01/24/19 | J | A | |
| 100. Norfolk Southern | A | Dividend | J | T | | | | | |
| 101. - Northrop Grumman common stock | A | Dividend | J | T | Sold (part) | 05/15/19 | J | A | |
| 102. - | | | | | Sold (part) | 04/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - | | | | | Sold (part) | 02/11/19 | J | A | |
| 104.  - Novo Nordisk A/S ADR Class B | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 105.  Oracle | A | Dividend | J | T | Sold (part) | 05/14/19 | J | A | |
| 106.  - Paypal Holdings common stock | | None | J | T | Buy (add'l) | 03/04/19 | J | | |
| 107.  - | | | | | Buy (add'l) | 01/22/19 | J | | |
| 108.  - PepsiCo common stock | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 109.  Pfizer | A | Dividend | J | T | | | | | |
| 110.  Proctor & Gamble | A | Dividend | J | T | | | | | |
| 111.  - Raytheon common stock | A | Dividend | J | T | Buy (add'l) | 05/21/19 | J | | |
| 112.  - | | | | | Buy (add'l) | 03/26/19 | J | | |
| 113.  Roche Holdings ADR | A | Dividend | J | T | Buy | 05/29/19 | J | | |
| 114.  Ross Stores | A | Dividend | J | T | Sold (part) | 04/09/19 | J | A | |
| 115.  Starbucks | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 116.  Sun Communities | A | Dividend | J | T | Sold (part) | 05/20/19 | J | A | |
| 117.  Synchrony Financial | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 118.  - T Mobile US common stock | | None | J | T | Sold (part) | 04/01/19 | J | A | |
| 119.  Texas Instruments | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  TJX Companies | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | A | |
| 121.  UnitedHealth Group | A | Dividend | J | T | | | | | |
| 122.  US Foods Holding | | None | J | T | | | | | |
| 123.  Vertex Pharmaceuticals | | None | J | T | | | | | |
| 124.  - Visa Class A common stock | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | A | |
| 125.  - Xerox Holdings common stock | A | Dividend | J | T | Sold<br>(part) | 04/24/19 | J | A | |
| 126.  - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 127.  Xilinx | A | Dividend | J | T | | | | | |
| 128.  Zoetis | A | Dividend | J | T | Sold<br>(part) | 05/31/19 | J | A | |
| 129.  Bernstein Tax-Managed International<br>Portfolio | B | Int./Div. | M | T | | | | | |
| 130.  AB International Strategic Equity Portfolio | C | Int./Div. | M | T | | | | | |
| 131.  AB Int'l Small Cap Portfolio | B | Int./Div. | L | T | | | | | |
| 132.  Bernstein Emerging Markets Portfolio | A | Int./Div. | K | T | | | | | |
| 133.  - Booking Holdings | | None | | | Sold | 12/18/19 | J | B | |
| 134.  - Cubesmart | A | Dividend | | | Sold | 12/18/19 | J | A | |
| 135.  - Regency Centers common stock | A | Distribution | | | Sold | 12/18/19 | J | A | |
| 136.  - | | | | | Sold<br>(part) | 01/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - VMWare Class A common stock | | None | | | Sold | 12/18/19 | J | A | |
| 138.  - | | | | | Sold (part) | 02/11/19 | J | A | |
| 139.  - Altria Group common stock | | None | | | Sold | 10/15/19 | J | | |
| 140.  - Check Point Software Technologies common stock | | None | | | Sold | 10/15/19 | J | | |
| 141.  - | | | | | Buy (add'l) | 02/13/19 | J | | |
| 142.  - | | | | | Buy (add'l) | 02/14/19 | J | | |
| 143.  Chevron common stock | A | Dividend | | | Sold | 10/15/19 | J | | |
| 144.  Cognizant Technology Solutions Class A | A | Dividend | | | Sold | 10/15/19 | J | | |
| 145.  - Eli Lilly & Co. common stock | A | Dividend | | | Sold | 10/15/19 | J | | |
| 146.  - | | | | | Buy | 04/10/19 | J | | |
| 147.  EOG Resources common stock | A | Dividend | | | Sold | 10/15/19 | J | | |
| 148.  - National-Oilwell Varco common stock | A | Dividend | | | Sold | 10/15/19 | J | | |
| 149.  - | | | | | Buy (add'l) | 01/11/19 | J | | |
| 150.  - Royal Dutch Shell ADR Class B shares | A | Dividend | | | Sold | 10/15/19 | J | | |
| 151.  - | | | | | Buy (add'l) | 03/19/19 | J | | |
| 152.  Ulta Beauty common stock | | None | | | Sold | 10/15/19 | J | | |
| 153.  Westlake Chemical Co. common stock | A | Dividend | | | Sold | 10/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - Bank of America common stock | A | Dividend | | | Sold | 09/06/19 | J | B | |
| 155. - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 156. - | | | | | Sold<br>(part) | 01/31/19 | J | A | |
| 157. - Berkshire Hathaway Class B | | None | | | Sold | 09/06/19 | J | | |
| 158. - Citigroup common stock | A | Dividend | | | Sold | 09/06/19 | J | A | |
| 159. - | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 160. - | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 161. - | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 162. - Comcast common stock | A | Dividend | | | Sold | 09/06/19 | J | A | |
| 163. - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 164. - Home Depot common stock | A | Dividend | | | Sold | 09/06/19 | J | D | |
| 165. - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 166. - JPMorgan Chase common stock | A | Dividend | | | Sold | 09/06/19 | J | D | |
| 167. - | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 168. - Progressive common stock | A | Dividend | | | Sold | 09/06/19 | J | C | |
| 169. - | | | | | Sold<br>(part) | 01/04/19 | J | A | |
| 170. - Walmart common stock | A | Dividend | | | Sold | 09/06/19 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolson, Joshua D. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Wells Fargo common stock | A | Dividend | | | Sold | 09/06/19 | J | B | |
| 172. - Verizon Commc'ns common stock | A | Dividend | | | Sold | 09/06/19 | J | B | |
| 173. Teva Pharmaceuticals, Ltd. | | None | | | Sold | 06/03/19 | J | | |
| 174. - Exxon Mobil | A | Dividend | J | T | Sold (part) | 05/15/19 | J | A | |
| 175. - Nokia | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 176. S&P Global | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 177. - CME Group common stock | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 178. - | | | | | Sold (part) | 03/22/19 | J | A | |
| 179. EBay | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 180. - Intel common stock | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 181. - | | | | | Sold (part) | 01/18/19 | J | A | |
| 182. - | | | | | Sold (part) | 01/22/19 | J | A | |
| 183. Royal Dutch Shell PLC | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 184. - Marathon Petroleum common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 185. - Medtronic PLC common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 186. Total System Svcs. | A | Dividend | | | Sold | 03/13/19 | J | A | |
| 187. - Constellation Brands Class A commo stock | A | Dividend | | | Sold | 02/11/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - LyondellBassell Industries NV Class A common stock | A | Dividend | | | Sold | 02/11/19 | J | A | |
| 189.  Schlumberger Ltd common stock | | None | | | Sold | 01/10/19 | J | A | |
| 190.  Brokerage Acct # 2 (H) | | | | | | | | | |
| 191.  - Comcast common stock | A | Dividend | | | Sold | 09/09/19 | J | A | |
| 192.  Exxon Mobil Investment Plan (H) | | | | | | | | | |
| 193.  - Exxon Mobil Common Stock | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolson, Joshua D.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The trust listed in Part I is a family trust that holds a life insurance policy on the lives of ███████. ███████ and I are beneficiaries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joshua D. Wolson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544